UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:97CR174-V |
|---|---|---|
| vs. | ) | ORDER |
|  | ) | TO DISMISS INDICTMENT |
| **(3) MIGUEL ANGEL RENTERIA** | ) |  |
| **(4) JUAN CARLOS MALDONADO** | ) |  |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **MIGUEL ANGEL RENTERIA and JUAN CARLOS MALDONADO** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: May 26, 2009

Richard L. Voorhees
United States District Judge